# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   8:25-mj-2576-NHA |
| Mauricio Flores | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 23, 2025 _____ in the county of _____ Polk _____ in the
_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michelle Langer, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   July 18, 2025

_____
*Judge's signature*

City and state: _____

HONORABLE NATALIE HIRT ADAMS, U.S.M.J.
*Printed name and title*

<u>**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**</u>

I, Michelle Langer, being duly sworn, depose and state as follows:

1.      This affidavit is submitted in support of a criminal complaint against MAURICIO FLORES (**FLORES**) for a violation of 18 U.S.C. § 2252(a)(4)(B). As set forth in more detail below, I believe there is probable cause that on or about May 22, 2025, in Polk County, Florida, FLORES possessed child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

2.      I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) for the past 8 years.  I am currently assigned to the FBI Violent Crimes Against Children Task Force.

3.      I have received specialized training concerning investigations of sex crimes, child exploitation, child pornography, and computer crimes.  I have also investigated and assisted in the investigation of matters involving the possession, receipt, distribution, and production of child pornography.  Over the course of my training and investigations, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.  Moreover, I am a SA who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2252(a) and 2252(a)(4)(B).

4.      I have participated in various training courses concerning the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving

searches and seizures of computers, computer equipment, software, and electronically stored information.

5. I make this affidavit in support of a criminal complaint and arrest warrant for **FLORES**. This affidavit sets forth facts sufficient to establish probable cause to believe that **FLORES** violated 18 U.S.C. § 2252(a)(4)(B) (possession of child pornography).

6. The facts contained in this affidavit are drawn from my experience and background as a law enforcement officer, including my experience with the FBI; my personal participation in the investigation; and information provided by other law enforcement officers and agency personnel. Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest **FLORES**, I have not set forth every fact learned during this investigation. Rather, I have included only those facts necessary to establish probable cause supporting the requested complaint.

<u>**PROBABLE CAUSE STATEMENT**</u>

7. Through technical means, the FBI's Child Exploitation Operational Unit (CEOU) conducted an undercover online operation on the dark web utilizing TARGET WEBSITE, a website known by law enforcement to be used to share and distribute child sexual abuse material. CEOU identified that TARGET WEBSITE user "roshi666" (SUBJECT USER) accessed TARGET WEBSITE using IP address 35.145.235.71 on June 3, 2024, at 05:45 UTC. SUBJECT USER utilized the password bulma1234, which was captured by CEOU.

8. CEOU also documented 18 additional successful logins by SUBJECT USER to TARGET WEBSITE using the same password between June 2, 2024, and September 16, 2024, where the IP address was not collected.

9. CEOU's Online Covert Employees (OCEs) maintained a presence on TARGET WEBSITE. The OCEs documented interactions with multiple posts by SUBJECT USER, including posts containing CSAM which were captured and reviewed by your affiant. In responses to several posts, SUBJECT USER indicated interest in downloading specific files of child pornography and mentioned rebuilding their collection of CSAM after their hard drive died. In their profile, they listed multiple other CSAM communities they were a part of. All of the communities listed on SUBJECT USER's profile were known DarkWeb platforms solely used for the exploitation of children that have been shut down by law enforcement.

10. CEOU captured screenshots of SUBJECT USER posting on the platform. The screenshots show SUBJECT USER posting videos titled, "Girl and Old man in bed 69 and other activities – series several videos," "Alexandra and Igor," "SS/AC Mila Videos," and "Encrypted Drive with a hidden volume and Tails OS."

11. In response to an administrative subpoena for IP Address: 35.145.235.71, Charter Communications provided records indicating that IP address 35.145.235.71 was assigned to 2928 Fan Palm Dr., Davenport, FL 33897 on June 2, 2024, at 05:45 UTC.

12. On May 22, 2025, Judge Natalie Hirt Adams signed a search warrant authorizing the search of the residence at 2928 Fan Palm Dr., Davenport, FL 33897, and any person present at the premises, as well as the seizure of any child pornography, electronic devices or storage media used as a means of possessing or accessing child pornography, and relevant records and digital evidence. The warrant specifically authorized the live preview of devices on scene.

13. On May 23, 2025, the Orlando FBI executed the search warrant. During the execution of the search warrant, a non-custodial interview was conducted with one of the residents, **FLORES**.

**INTERVIEW OF FLORES**

14. Special Agent (SA) Michelle Langer and SA Daniel Mullen were present for the interview. **FLORES** was told that he was not under arrest, was free to leave, and did not have to talk to the agents. **FLORES** was also asked to try opening the handle of the vehicle that he was sitting in the passenger's seat so he did not feel as though he could not leave at any time. After being advised of the identity of the interviewing Agents and the nature of the interview, **FLORES** provided the following information:

15. **FLORES** has lived at 2928 Fan Palm Drive, Davenport for about four years with his mother, his girlfriend and their three minor children. Two of the children are **FLORES'** biological children, a 13-year-old daughter and an 11-year-old son, from a previously relationship. **FLORES** has full custody of them. One of the

4

children is his girlfriend's 6-year-old biological daughter. **FLORES** and his girlfriend do not have any children together.

16.      **FLORES** indicated that he uses Charter Communication as an Internet provider. The residence's Wi-Fi is on a secured network. **FLORES** has an iPhone 14 Pro Max cell phone and has service through Verizon but also connects to Wi-Fi at home. **FLORES** said that his cell phone is passcode protected and that he is the only one who uses his phone.

17.      When asked why he thought the FBI might be at his house, **FLORES** guessed that the FBI was there for child pornography. When SA Langer told **FLORES** that was a good guess, **FLORES** stated, "I figured. That makes sense." When **FLORES** was asked if had seen child pornography, **FLORES** indicated that he had seen stuff online, on social media sites like X. **FLORES** stated, "I haven't really sought out child pornography or looked for it anywhere." **FLORES** told agents that he has Instagram, Facebook, X and uses email accounts through Google and Outlook. **FLORES** also confirmed that he has used the Darkweb and understands how it works. When asked about the Darkweb, **FLORES** stated that he understood he could "use the Darkweb to use his work computer and navigate and do his own thing without work finding out."

18.      **FLORES** said that he used to watch cartoons when he was a kid. **FLORES** watches Dragonball Z. **FLORES** is familiar with the Dragonball Z character Roshi and has used the username "DaddyRoshi" on Instagram. When

asked if SA Langer was talking to the right person and the user of "Roshi666," **FLORES** laughed and stated, "by all means do your investigation and I am sure that will give you the answer you are looking for."

19.     SA Kerrie Harney, who specializes in computer forensics, conducted live previews of electronic devices in the residence while the execution of the search warrant was ongoing. SA Harney found that one of the desktop computers in the home, located in the dining room area of the residence, had VirtualBox software, which allows users to create and run multiple "virtual machines" from a single computer, installed on it. Harney also located a USB drive plugged into that computer that was configured as a "boot drive"[1] for the Tails operating system (Tails OS), which routes all internet traffic through the Tor network and runs as a live system from its host USB drive, leaving no trace of user activity on the host computer.

20.     SA Harney, accompanied by SA Langer, spoke to **FLORES** after discovering the VirtualBox software and the Tails OS boot drive.

21.     SA Harney asked **FLORES** about the PC in the dining room of the home. **FLORES** stated he was the primary user of that device and often used it for gaming. The device was also passcode protected. **FLORES** provided the passcode to the agents. When asked about the presence of the VirtualBox software on his gaming

---

[1] A boot drive is a removable drive from which a computer can load and run an operating system. Configuring a drive as a boot drive involves setting it as the primary storage device from which your computer loads the operating system.

PC, **FLORES** stated he was unaware of the presence of the software. SA Harney told **FLORES** this software would have been installed by a user. **FLORES** had already identified himself as the primary user of that device; all other residents of the home had their own computers kept in their primary bedrooms. **FLORES** then stated that he vaguely knew what VirtualBox was used for but did not provide any additional details on his prior use of the software.

22. SA Harney then asked **FLORES** about the Tails OS boot drive found plugged into the PC in the dining room. **FLORES** informed SA Harney that he had downloaded the Tails OS and used it on his work computer. He stated that he wanted to use his work computer for personal use, so he did some research and found that Tails OS would be a good way to accomplish this. SA Harney asked **FLORES** what kinds of things he was doing when using Tails OS and **FLORES** stated that he was browsing the internet. SA Harney asked **FLORES** why he would go to the trouble of using an OS like Tails to browse the internet when he had a phone and other computers. **FLORES** stated he wanted to sit on the couch and browse the internet. When **FLORES** was asked why he did not use his phone for that purpose, **FLORES** provided no answer. **FLORES** was asked if he used the TOR browser while booted into Tails OS. **FLORES** stated that he knew the TOR browser was integrated into the Tails OS.

23.     Numerous electronic devices belonging to **FLORES** were seized pursuant to the search warrant. An iPhone 14 Pro Max belonging to **FLORES** was forensically reviewed at the FBI Office located in Orlando, FL. During the review the following 5 files of sexual abuse material were located within the Telegram application on the device:

24.     File Name: telegram-cloud-photo-size-4-5958738327282762099-c_partial

- Created Date/Time: 12/18/2024 9:53:19:000 PM

- Description: An image file that depicted a white prepubescent female child approximately 7 to 9 years of age. The child was completely nude, facing the camera with her legs spread clearly exposing her vagina and urinating. The child was positioned as if she was lifting herself from the seated position with her arms.

25.     File Name: telegram-peer-phoyo-size-4-5852446210353383187-0-0-0

- Created Date/Time: 5/22/2025 3:08:32.000 PM

- Description: An image file that depicted a white prepubescent female child approximately 5 to 7 years of age. The child was completely nude sitting on the ground. An adult male was holding the back of the child's head with his hand while his erect penis was in close proximity to the child's mouth.

26. Name: telegram-peer-photo-size-4-5864163314928568885-0-0-0_partial

- Created Date/Time: 5/22/2025 3:08:32.000 PM
- Description: An image file that depicted a white prepubescent female child approximately 8 to 10 years of age. The child was nude from the waist down and was shown facing the camera with her legs spread clearly exposing her vagina and anus. The child's hand was on the top part of her vagina.

27. File Name: telegram-peer-photo-size-4-5864186628011051218-0-0-0_partial

- Created Date/Time: 5/22/2025 3:08:32.000 PM
- Description: An image file that depicted a white prepubescent female child approximately 9 to 11 years of age. The child was nude from the waist down and was shown facing the camera with her legs spread clearly exposing her vagina and anus. The child's hand was on the top part of her vagina.

28. File Name: telegram-cloud-photo-size-4-5958738327282762099-p

- Created Date/Time: 12/18/2024 9:53:19.000 PM
- Description: A video file that was approximately 9 seconds in length. The video depicted a white prepubescent female child approximately 7 to 9 years of age. The child was completely nude, facing the camera with her legs spread clearly exposing her vagina and urinating. The

child was positioned as if she was lifting herself from the seated position with her arms.

29. The female children in the home are of similar ages to the children observed in the child sexual abuse material saved in the Telegram account.

30. In addition to the images and videos located, since at least August of 2024, **FLORES** has been part of a Telegram chat group called "Teens IG" which depicts young teens, approximately 13-17 years of age, in sexually suggestive poses and outfits. The material visible in the chats shows a "sample" image with a link instructing group members to click the link for more.

31. According to the URLs visited on the iPhone, **FLORES** also visits websites such as piratebay.org and 4chan.org, which often are utilized to download child sexual abuse material.

32. Also located in a hidden folder on the iPhone's camera roll are hundreds of voyeuristic photos taken of both adult women and female children in areas such as local parks, parking lots, water parks, sporting venues and stores. Numerous photographs are focused on the buttocks of female children between the ages of 7 and 14 in swimwear.

33. Also saved to his hidden folder were files of child erotica as well as saved videos from Instagram and TikTok depicting young girls between the ages of 7 and 11 stretching and posing.

34. **FLORES** was chatting on Tinder with an adult woman named "Amanda," who informed him she had two young daughters. "Amanda" regularly sent **FLORES** photographs of her daughters. The girls appear to be similar in age to **FLORES'** stepdaughter, as well as the children depicted in the child pornography saved to his Telegram and the girls in the community whom he was voyeuristically photographing.

35. **FLORES** was a member of a Discord group entitled "[emoji not]18 NSFW". In my experience, "NSFW" is an acronym that means "not safe for work" in reference to explicit content.

36. The forensic review of the remaining devices is still ongoing. The investigation remains active.

## CONCLUSION

37.     Based on the above, there is probable cause that on or about May 23, 2025, in Polk County, in the Middle District of Florida, MAURICIO FLORES possessed child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

Michelle Langer
Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this __18th__ day of July, 2025.

HONORABLE NATALIE HIRT ADAMS
United States Magistrate Judge