# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:25-MJ-2576 NHA | | DATE: | July 21, 2025 |
|---|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAURICIO FLORES | | | **LANGUAGE:** | |
| | | | **GOVERNMENT COUNSEL**<br>Muriel Moore AUSA | |
| | | | **DEFENSE COUNSEL**<br>Ryan Maguire AFPD | |
| **COURT REPORTER:** digital | | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 4:29 to 4:55 | | **TOTAL:** 26 MIN | **PRETRIAL:** | Charlene Cohen |
| | | | **COURTROOM:** | 12B |

**PROCEEDINGS:** INITIAL APPEARANCE –

Defendant present                Arrest date: July 21, 2025

Defendant provided copy of complaint.

Court summarized charges; court advises defendant of rule 5 rights

Oral motion to appoint counsel.    Oral motion granted.

Court finds defendant indigent; public defenders office appointed.

Preliminary hearing WAIVED.

Court finds probable cause.

Bond: <u>Government</u>, moves for detention.    Proffer of counsel.

   <u>Defendants</u>, moves for release. Proffer of counsel. Counsel moves to continue bond hearing.

Court:   Bond Hearing: Friday, July 25, 2025 at 10:30 am.   Defendant ordered pending hearing.

Defendant remanded to custody of USMS.

Due process order.

Status:   August 21at 9:00 am.