# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

   v.                             **Case No.: 8:25-mj-02576-NHA-1**

**MAURICIO FLORES.**         **/**

## NOTICE OF APPEARANCE OF COUNSEL

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, Mauricio Flores, in the above-styled cause. The Clerk is requested to enter the appearance of Ryan J. Maguire, Assistant Federal Defender, as counsel for the Defendant.

Respectfully submitted this 24th day of July 2025,

A. FITZGERALD HALL, ESQ.
ACTING FEDERAL DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Muriel Moore, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender