# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America <br> v. <br> Mauricio Flores <br><br> _____ <br> *Defendant* | ) <br> )    Case No.   8:25-mj-2576-NHA <br> ) <br> ) <br> ) <br> ) |

RCVD USMS M/FL TAMPA 2025 JUL 18 PM 4:21

## ARREST WARRANT

To:    Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Mauricio Flores _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☑ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

     Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

Date:   July 18, 2025 _____

                                    *Natalie Hirt Adams* <br>                                       *Issuing officer's signature*

City and state:   Tampa, FL _____

                     HONORABLE NATALIE HIRT ADAMS, U.S.M.J. <br>                                 *Printed name and title*

---

**Return**

This warrant was received on *(date)*   07/18/2025  , and the person was arrested on *(date)* 07/21/2025
at *(city and state)*   Davenport, FL  .

Date:   7/21/2025

                                    *Arresting officer's signature*

                    SPECIAL AGENT MICHELLE LANGER <br>                              *Printed name and title*