# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                  Case No. 8:25-mj-2576-NHA

MAURICIO FLORES

### CLERK'S MINUTES
Proceeding:  Motion Hearing
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite | Date: July 25, 2025 |
| Deputy Clerk: Ashley Sanders | Time: 10:39 AM |
| USPO: Charlene Cohen | Recess: 11:58 AM |
| Court Reporter: Digital | Total Time: 1 hour 19 min |

Interpreter: James Plunkett, Spanish (for witness testimony only)

---

Counsel for USA: Muriel Moore, AUSA
Counsel for Defendant: Ryan Maguire, AFPD

---

Court calls case and counsel enters appearances.

Court hears oral argument on position of release/detention.

Defendant calls Defendant's girlfriend, Morgan Flannery.
Witness sworn.
Direct examination by Attorney Maguire.
Cross-examination by Attorney Moore.
Court inquires.
Witness released.

Defendant calls Defendant's ex-wife.
Witness sworn.
Direct examination by Attorney Maguire.
Cross-examination by Attorney Moore.
Court inquires.
Witness released.

Court orders defendant detained pending further proceedings.

Recess.