UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.  8:25-cr-386-KKM-LSG

MAURICIO FLORES

### NOTICE OF CORPORATE VICTIMS

The United States government is unaware of any corporate victims or other

corporate interested parties in the above-captioned case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

/s/ Muriel Moore
Muriel Moore
Assistant United States Attorney
Florida Bar No. 1011059
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Muriel.Moore@usdoj.gov

U.S. v. Flores                                  Case No. 8:25-cr-386-KKM-LSG

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to all Counsel of Record.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

/s/ Muriel Moore
Muriel Moore
Assistant United States Attorney
Florida Bar No. 1011059
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Muriel.Moore@usdoj.gov