**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** | 8:25-cr-386-KKM-LSG | **DATE:** | August 27, 2025 |
|---|---|---|---|
| **HONORABLE LINDSAY S. GRIFFIN** | | **INTERPRETER:** | |

| | **LANGUAGE:** | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAURICIO FLORES | **GOVERNMENT COUNSEL**<br>Muriel Moore AUSA | |
| | **DEFENSE COUNSEL**<br>Ryan Maguire AFPD | |

| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Amanda Craig |
|---|---|---|---|
| **TIME:** 9:58 AM –10:00 AM | **TOTAL:** 2 MIN | **PRETRIAL:** | |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: ARRAIGNMENT**

Court calls the case.
Counsel state their appearances.
Defendant waives formal reading of the Indictment.
Not guilty plea entered by Defendant as to all counts of the Indictment.
Discovery: Government to provide under Rule 16(a); Defendant to provide under Rule 16(b).
Pretrial Discovery Order to be electronically filed. / Case is referred to Magistrate Judge Griffin for a Pretrial Discovery Order.
Trial set for OCTOBER 2025 trial term beginning October 6, 2025, before District Judge Mizelle. Status Conference on September 9, 2025.
Defendant remanded to the custody of the USMS.