# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

  v.                                    **Case No.: 8:25cr-386-KKM-LSG**


**MAURICIO FLORES.** _____/

### UNOPPOSED MOTION TO CONTINUE TRIAL TERM

Defendant, Mauricio Flores, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term set for the Court's October 2025 trial term, by two cycles. The government is not opposed to this request. As grounds in support thereof, Mr. Flores, states:

1.  Mr. Mauricio Flores had his initial appearance and on July 21, 2025, via complaint, before Honorable Cristopher P. Tuite. He was thereafter detained pending bond hearing, set July 25, 2025. Docs.9 and 11. This Court heard oral arguments on position of release/detention and determined Mr. Flores to be detained pending further proceedings. Doc. 15.

2.  On August 12, 2025, a one-count Indictment was filed by the government charging Mr. Flores with Possession of Child Pornography, in violation of 18 U.S.C. §2252(a)(4)(B). Doc. 18.

3.  An Arraignment was held before Honorable Lindsay S. Griffin on August

27, 2025, where Mr. Flores remanded to the custody of the USMS. Doc. 27.

4. A pretrial discovery notice set this matter for October 6, 2025, trial term and a Status Conference on September 9, 2025. Doc. 17.

5. Discovery at this time is still pending, defense is seeking a two-cycle continuance to permit defense to review discovery once in receipt and negotiate with the government.

6. Undersigned has conferred with Assistant United States Attorney Muriel Moore, who has advised that the government does not oppose the relief sought in this motion.

7. Mr. Flores is in agreement with this motion.

**MEMORANDUM OF LAW**

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any scheduling conflict. Mr. Flores argues that this motion satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

WHEREFORE, the Defendant, Mr. Mauricio Flores, respectfully requests this Honorable Court to make a proper finding that the ends of justice served by a continuance outweigh the best interests of the public and Mr. Flores in a speedy trial and enter an Order continuing the trial term to the December 2025 trial term.

Respectfully submitted this 8th day of September 2025,

A. FITZGERALD HALL, ESQ.
INTERIM FEDERAL DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Muriel Moore, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender