**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**<u>PLEA HEARING MINUTES</u>**

CASE NO. 8:25-cr-386-KKM-LSG          DATE: <u>January 28, 2026</u>

<u>HONORABLE LINDSAY S. GRIFFIN</u>          INTERPRETER:
                                         LANGUAGE:

UNITED STATES OF AMERICA          <u>AUSA Muriel Moore</u>
v.                                Government Counsel

<u>MAURICIO FLORES</u>          <u>AFPD Ryan Maguire</u>
Defendant                     Defense Counsel

COURT RPTR<u>          digital recording          </u> DEPUTY CLERK <u>Amanda Craig</u>

TIME<u>  2:32 – 3:08  </u>          TOTAL <u>   36 min   </u>          COURTROOM <u>12A</u>

Notice of Essential Elements filed by USA (Doc. 37).
Defendant sworn.
Court advises Defendant of rights and reviews Notice of Essential Elements with Defendant.
Court finds Defendant competent to enter a plea of guilty.
Factual basis, as recited by the government, is established.
Plea of guilty entered by Defendant as to Count One of the Indictment.
Court will issue a report and recommendation to the District Judge.
Referred to probation for presentence investigation.
Sentencing schedule to be determined.
Defendant remanded to the custody of the USMS.