# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Case No. 8:25-cr-386-KKM-LSG

MAURICIO FLORES,

    Defendant.

_____/

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

By consent the defendant appeared before me under Rule 11, Federal Rules of Criminal Procedure, and pleaded guilty to count one of the indictment. After cautioning and examining the defendant under oath about each subject in Rule 11, I determined that the defendant's guilty plea is knowing and voluntary and that the offense charged has an independent factual basis for the essential elements of the offense. Therefore, I recommend accepting the plea of guilty, adjudicating the defendant guilty, and imposing a sentence.

REPORTED on the 28th day of January, 2026.

_____
LINDSAY S. GRIFFIN
United States Magistrate Judge

## NOTICE

The parties have fourteen days from the day they receive service of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accord with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.