**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                     Case No.: 8:25-cr-386-KKM-LSG

MAURICIO FLORES

_____

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

The defendant, Mauricio Flores, entered a plea of guilty to Count One of the Indictment before Magistrate Judge Lindsay S. Griffin on January 28, 2026. The Magistrate Judge issued a Report and Recommendation, recommending that the Court accept the plea of guilty and adjudge Mauricio Flores guilty. As no timely objection appears, the following is **ORDERED**:

1. The Court adopts the Magistrate Judge's Report and Recommendation.

2. The Court adjudges Mauricio Flores guilty as to Count One of the Indictment.

3. The sentencing will occur before Judge Kathryn Kimball Mizelle on **May 6, 2026, at 10:00 a.m.** in Courtroom 13B of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800.

4. The Probation Office must file the final Presentence Investigation Report no later than **fourteen (14) days** before the sentencing date.

5. Counsel must also file any motion for a continuance of sentencing no later than **fourteen (14) days** before the sentencing date. A

motion for continuance must include a statement of the other party's support or opposition to the proposed continuance.

6. Counsel for both parties must file a sentencing memorandum setting forth that respective party's sentencing recommendation. The memoranda are due no later than **seven (7) days** before the sentencing date.

7. No later than **seven (7) days** before the sentencing date, counsel must notify the Deputy Clerk if a party is seeking an evidentiary sentencing hearing or if a party anticipates that the sentencing hearing will exceed thirty (30) minutes.

8. **The Court notifies any defendant currently on pretrial release that, under 18 U.S.C. § 3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving crimes of violence.**

**ORDERED** in Tampa, Florida, on February 12, 2026.

Kathryn Kimball Mizelle
United States District Judge