UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               Case No. 8:25-cr-386-KKM-LSG

MAURICIO FLORES

_____

### **PRELIMINARY ORDER OF FORFEITURE**

The United States moves for a Preliminary Order of Forfeiture for an Apple iPhone 14 Pro Max, serial number DQ6LWGVHXY. (Doc. 44.)

Being fully advised of the relevant facts, the Court finds that the asset identified above was used to commit the offense charged in Count One of the Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the asset identified above is **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

**ORDERED** in Tampa, Florida, on February 20, 2026.

Kathryn Kimball Mizelle
United States District Judge